THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DENNIS L. BROOKS, Respondent. [639 NYS2d 238]

Present—Pine, J. P., Wesley, Balio, Davis and Boehm, JJ.